**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01045-CV

## OLUSOLA OKUNFULURE, Appellant

## V.

## AURELIO ORTIZ, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11295**

## ORDER

The Court has before it appellant's December 28, 2012 motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on December 27, 2012 be timely filed as of today's date.

/s/  MOLLY FRANCIS
    JUSTICE